IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| LUXOTTICA GROUP S.P.A., | § § § | |
| Plaintiff | § § | |
| v. | § § | CIVIL ACTION NO. 5:22-CV-00104-RWS |
| A & A PETROLEUM, L.L.C., AHSAN RASHID, | § § § § | |
| Defendants. | § § | |

## ORDER

Before the Court is the parties' Stipulated Permanent Injunction and Dismissal. Docket No. 25. In the stipulation, the parties explain that they have settled all of Plaintiff's claims against Defendants. *Id.* The parties resolved their dispute in part by agreeing that the stipulated permanent injunction be issued by the Court. *Id.* Conditioned on the entry of their stipulated permanent injunction, the parties jointly move to dismiss the case with prejudice under Fed. R. Civ. P. 41(a). *Id.* The parties further stipulate and request that the Court retain jurisdiction over this matter and the parties in the event there is a dispute regarding the enforcement or a violation of the stipulated permanent injunction. *Id.* Both parties have signed and agreed to the stipulation. *Id.* Having considered the stipulation, and because it is agreed, it is hereby **ACCEPTED**. The Court will separately enter the parties' Stipulated Permanent Injunction and Dismissal. Accordingly, it is

**ORDERED** that all claims in the above-captioned case are **DISMISSED WITH PREJUDICE**. It is further

**ORDERED** that any pending motions are **DENIED-AS-MOOT**. It is further

**ORDERED** that this Court retains jurisdiction over this matter and the parties in the event there is a dispute regarding the enforcement or a violation of the stipulated permanent injunction. The Clerk of Court is directed to close the case.

**So ORDERED and SIGNED this 22nd day of June, 2023.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE